UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8522 VAP (FFM) | Date | November 22, 2011 |
|---|---|---|---|
| Title | LOUIS JOSEPH BACHICHA v. GREG LEWIS | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | | |
|---|---|---|---|
| James Munoz | None | | None |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: | |
| None Present | | None Present | |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On October 19, 2011, the Court issued an Order Requiring Return to Petition for Writ of Habeas Corpus. Pursuant to that order, respondent was required to file a notice of appearance and certification of interested parties by November 2, 2011. As of today's date, respondent has failed to file a notice of appearance or certification of interested parties. Respondent is ordered to file a notice of appearance and certification of interested parties by December 2, 2011 or show cause in writing why sanctions should not be imposed for failure to comply with a Court order.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | | JM |