UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS JOSEPH BACHICHA, | ) | No. CV 11-8522 VAP (FFM) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| GREG LEWIS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that judgment be entered dismissing the Petition on the merits with prejudice.

DATED: November 7, 2012

/s/ Virginia A. Phillips

VIRGINIA A. PHILLIPS
United States District Judge