UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS JOSEPH BACHICHA, | ) | No. CV 11-8522 VAP (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| GREG LEWIS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 7, 2012

VIRGINIA A. PHILLIPS
United States District Judge